UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIMITIVO ROBLES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OHM THEORY LLC,<br><br>Defendant. | STIPULATION OF SETTLEMENT AND ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS PURSUANT TO F.R.C.P. 41(a)(2)<br><br>Civil Case No. 1:24-cv-07674-AT |

**WHEREAS,** plaintiff, Primitivo Robles ("**Plaintiff**") filed a complaint on October 9, 2024 alleging that defendant, OHM Theory LLC ("**OHM**") maintained a website that was not compliant with the Americans with Disabilities Act and New York Human Rights Law, among other claims; and

**WHEREAS,** none of the parties to the above-captioned action is an infant or incompetent person; and

**WHEREAS,** the parties in the above-captioned action wish to discontinue the litigation;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel as follows:

1. The parties hereby agree that above-captioned action is dismissed and discontinued with prejudice and without costs, as to OHM, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. Any and all of the claims for equitable relief and damages by Plaintiff which are the subject of this action or otherwise arise out of any of the incidents alleged in the Complaint are hereby settled, as against OHM, pursuant to the parties' Settlement Agreement dated December 13, 2024 (the "**Settlement Agreement**") the terms of

which are incorporated by reference herein, in full satisfaction of all claims for equitable relief, damages, costs, disbursements and legal fees.

3. Nothing in this So Ordered Stipulation of Settlement shall be construed as an admission or concession of liability whatsoever by OHM regarding any of the allegations made by Plaintiff in the Complaint.

4. This Stipulation of Settlement and any Order entered thereon shall have no precedential value or effect whatsoever and shall not be admissible in any other action or proceeding as evidence or for any purpose except in an action or proceeding to enforce this Stipulation of Settlement and/or the parties' Settlement Agreement.

5. This So Ordered Stipulation of Settlement and the referenced Settlement Agreement embodies the entire agreement of the parties in this matter.

By: /s/
Arjeta Albani, Esq.
Joseph & Norinsberg LLC
110 E. 59th St., Suite 2300
New York, NY 10022
Attorneys for plaintiff, Primitivo Robles

Dated: December 16, 2024

By: /s/
Joshua M. Lurie, Esq.
Shapiro, Croland, Reiser, Apfel & Di Iorio LLP
One Grand Central Plaza, Suite 4600
New York, NY 10165
Attorneys for defendant, OHM Theory LLC

Dated: December 16, 2024

**SO ORDERED:**

_____
Analisa Torres
United States District Judge

Dated: New York, New York

December ___, 2024