```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/3/2025___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIMITIVO ROBLES,

                Plaintiff,

-against-

OHM THEORY LLC,

                Defendant.

24 Civ. 7674 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By letter dated December 2, 2024, the parties informed the Court that they had reached a settlement in principle. ECF No. 10. The following day, the Court issued an order dismissing this matter and informing the parties that they could apply to reopen the case within thirty days if the settlement was not consummated. ECF No. 11. The Court also explained that, pursuant to Rule IV(C) of its Individual Practices in Civil Cases, it would not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. *Id.*

      On January 2, 2025, the parties filed a stipulation of settlement for the Court to so-order. ECF No. 12. In the stipulation, they refer to a settlement agreement dated December 13, 2024, which the stipulation "incorporate[s] by reference." *Id.* at 2. Because the parties have not filed that agreement on the public docket, the Court will not so-order the stipulation. If the parties wish for the court to so-order the stipulation, they may file the settlement agreement on the public docket by **January 13, 2025**.

      SO ORDERED.

Dated: January 3, 2025
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge